1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


UNITED STATES OF AMERICA,


              Plaintiff,


vs.                      Case No. 6:07-CR-97-ORL-18DAB


LOUIS J. PEARLMAN


              Defendant.

------------------------------------------------------------

**May 21, 2008**

**Transcript of Proceedings**
**SENTENCING**

**Before The Honorable G. KENDALL SHARP**
**United States District Judge**

APPEARANCES:

For the Plaintiff:    Roger Handberg
                      Assistant U.S. Attorney
                      501 W. Church Street, Suite 300
                      Orlando, FL  32805

For the Defendant:    Fletcher Peacock
                      329 Woodstead Lane
                      Longwood, FL 32779

                      Don West
                      Stephen J. Langs
                      Assistant Federal PD
                      201 S. Orange Avenue, Suite 300
                      Orlando, FL  32801


Proceedings recorded by mechanical stenography, transcript
produced with computer-aided transcription.

2

```
1                   P R O C E E D I N G S
2                   (CASE CALLED.)
3                   THE DEPUTY CLERK:  Would counsel for the
4      government identify themselves for the record?
5                   MR. HANDBERG:  Roger Handberg on behalf of the
6      United States, Your Honor.  Good morning.
7                   THE DEPUTY CLERK:  Counsel for the defendant.
8                   MR. PEACOCK:  Fletcher Peacock on behalf of Mr.
9      Pearlman who is also present.  Other counsel with me on
10     behalf of Mr. Pearlman are Steve Langs and Don West who are
11     present in court.
12                  THE COURT:  All right.  Just for the record, once
13     Mr. Peacock resigned from the Public Defender's Office and
14     then applied through the Criminal Justice Act, which I
15     approved, then that relieved the Public Defender's Office of
16     any further involvement in the case.
17                  MR. PEACOCK:  They just can't stay away, Judge.
18                  THE COURT:  Mr. Pearlman, you entered a plea of
19     guilty to a four count information, two counts of conspiracy,
20     one of money laundering and one of using false claims in a
21     bankruptcy proceeding.  Have you gone through your
22     presentence report with your attorney?
23                  THE DEFENDANT:  Yes, I have.
24                  THE COURT:  And is there anything in the contents
25     of the report itself that you'd like to place on the record?
```

1                      THE DEFENDANT:  No.

2                      THE COURT:  Mr. Peacock, anything in the report?

3                      MR. PEACOCK:  No, sir.

4                      THE COURT:  Anything from the government?

5                      MR. HANDBERG:  No, Your Honor.

6                      THE COURT:  The only thing that I found from the

7    report was that our office did some checking regarding

8    Century University.  In here it says that Mr. Pearlman

9    received his Ph.D. on line in 1983 from Century University,

10   and we've gotten no confirmation on that and it appears that

11   in 1983 they weren't giving out Ph.D.s on line.  Can you give

12   some verification on that?

13                     THE DEFENDANT:  It wasn't on line.  It was

14   correspondence.

15                     THE COURT:  All right.  It says on line in the

16   presentence report.

17                     Nothing else regarding the report itself?

18                     MR. HANDBERG:  No, Your Honor.

19                     THE COURT:  All right.  Mr. Pearlman, is there

20   anything you'd like to say to the court before I sentence

21   you?

22                     THE DEFENDANT:  Yes.

23                     I'm truly sorry, Your Honor, to all the people

24   who have been hurt and victimized by my actions.  Over the

25   past nine months since my arrest I've come to realize the

1     harm that has been done.  I now want to do whatever I can to

2     help resolve that harm.  I'm working with the prosecutor and

3     the bankruptcy trustee to recover whatever money I can for

4     the victims, and hopefully in this way I can help repay the

5     loss.  Again, I'm truly sorry and I apologize for what has

6     happened.

7                    THE COURT:  Mr. Peacock.

8                    MR. PEACOCK:  Thank you, Your Honor.

9               Judge, I believe the court has received my

10    sentencing memorandum filed, I will try to be brief in that

11    regard.

12              Your Honor, Mr. Pearlman is facing a statutory

13    maximum sentence of 25 years in prison.  I believe on Mr.

14    Pearlman's behalf that there are reasons that this court

15    should consider going below that.  I've outlined those

16    reasons in my pleading and if I could have a moment I'd like

17    to go over them briefly again.

18              First, Your Honor, much in this case has been

19    bantered about in the press and elsewhere and there's been

20    literally a plethora of misinformation filed.  And it seems

21    that a rumor in this case gets on the blogs and it blows up

22    and it's huge and it's just amazing how sometimes these

23    things can become misconstrued when people don't have the

24    exact facts.  I suggest to the court that it should consider

25    that Mr. Pearlman did, in fact, voluntarily return to the

```
1        United States to face these charges.  Mr. Pearlman --
2                     THE MARSHAL:  Quiet.
3                     UNIDENTIFIED SPEAKER:  No.
4                     MR. PEACOCK:  Mr. Pearlman was located in
5        Indonesia on the island in Bali.  Mr. Pearlman was not hiding
6        in any regard.  Mr. Pearlman had made many public appearances
7        during that time period after he left the United States.  He
8        was on television.  He met with people.  He was traveling
9        under his own passport.  He traveled in and out of Indonesia
10       during that period under his own passport.  Once he was
11       located, the FBI came to talk with him and they advised him
12       of the charges.  The Indonesian authorities indicated to Mr.
13       Pearlman that he was no longer welcome in Indonesia, he would
14       have to exit.  But there was no jurisdiction for the United
15       States to arrest him there and he could exit to any country
16       that would allow him to enter.
17                    After talking with the FBI agents, Mr. Pearlman
18       made the conscious decision to go with them to Guam which
19       would be, of course, U.S. jurisdiction, U.S. territory,
20       knowing that he would be arrested.  And I want to clear that
21       up because there's been a lot of misinformation and banter
22       about that.  And, quite frankly, that talk has been
23       inaccurate.
24                    Once Mr. Pearlman was back obviously he was
25       arraigned.  He had already -- I believe he came back on a
```

1    complaint.  He was arraigned on an indictment.

2            There was a voluminous amount of discovery in

3    this case which we worked very hard along with the government

4    to review and to assess.  Once we did that, Mr. Pearlman

5    indicated his desire to enter into plea negotiations with the

6    government.  We did that.  We reached a plea agreement with

7    the government in a very timely fashion.  I suggest to the

8    court that this saved not only an incredible amount of time

9    on the court's behalf and the government's behalf, but also

10   an incredible amount of money that would have gone toward any

11   kind of lengthy trial in this case.

12           Mr. Pearlman has accepted responsibility for what

13   has happened.  He has begun cooperating or actually he's been

14   cooperating with the government and the trustee for some time

15   now in an effort to locate resources and to recover resources

16   for those people who were victims of this offense.  In other

17   words, Your Honor, he has done everything that would be

18   expected out of a defendant once they were advised of the

19   charges and once the case was under way.  And I suggest that

20   he should get some credit for that above and beyond perhaps

21   what's been given in the guidelines score.

22           Once again, Mr. Pearlman has been assisting the

23   bankruptcy trustee in locating assets.  I believe the

24   bankruptcy trustee has been very pleased with his assistance.

25   It is a long process though, Judge, and it takes a lot of

1    time and a lot of work on the parts of a lot of individuals

2    to make this come to fruition.

3          As the court is aware, I have recently filed a

4    motion suggesting that it might be possible to have Mr.

5    Pearlman make prospective earnings on behalf of the victims.

6    I realize the court denied a continuance on that basis, but

7    we still hold out some hope that perhaps we can make that

8    work and we can recover some very real assets for these folks

9    out there.  Mr. Pearlman would not get a dime and Mr.

10   Pearlman would be acting in essence as a consultant to the

11   bankruptcy trustee, not managing things on his own, not doing

12   anything in an unsupervised fashion, but simply assisting the

13   trustee in the entertainment business at which Mr. Pearlman

14   is a recognized expert.  We certainly hope that perhaps that

15   can still come to fruition.

16         Your Honor, on Friday the government submitted to

17   me materials regarding restitution and I must say that

18   they've done an excellent job in the short time they've been

19   allowed to pull together some numbers.  I don't think those

20   numbers are complete and there's a lot of work that we need

21   to do on restitution yet before we can come up with a final

22   number that would be presentable to the court.  However, from

23   those preliminary numbers it is evident that Trans

24   Continental Airlines and Trans Continental Travel Services

25   returned over 103 million dollars to the investors.  And I

1    think that's important for the record because, once again,

2    Judge, in the press and the blogs and what have you, I've

3    seen these incredibly large inflated numbers which, quite

4    frankly, are not substantiated when one looks at the actual

5    facts of the record.  The losses to the investors in Trans

6    Continental Airlines and Trans Continental Travel Services

7    are in approximately 200 million dollars.

8              Now, I'm not even suggesting for a second that's

9    not a large amount, but I've seen 400, 500, 600 million

10   dollars and those are simply not correct, and I think it's

11   important that the record reflect that.  The 103 million

12   dollars was returned over a period of years.  We will try to

13   get a more definite figure for the court as we work more on

14   the restitution numbers.

15             Your Honor, the next point that I would ask the

16   court to take into consideration which would, I believe,

17   support a sentence that would be lower than the 25 years

18   would be the fact that Mr. Pearlman made a very large amount

19   of legitimate money in the Nineties and the early 2000s with

20   his entertainment business which was almost completely

21   unrelated to the business of Trans Continental Airlines and

22   Trans Continental Travel Services.  It's estimated, and once

23   again I don't have an exact figure, but it's estimated that

24   he probably made between 50 and 60 million dollars off the

25   entertainment business.  And Mr. Pearlman put back almost all

1    of that money, over 50 million dollars back into the

2    businesses.  And I suggest that's an extreme mitigating

3    factor.

4            Mr. Pearlman, quite frankly, as I look at this

5    thing, Judge, is upside down in this deal.  Mr. Pearlman

6    never had 50 or 60 million dollars in assets.  There is no,

7    and I want to say very clearly, there's no pot of gold out

8    there, another source of speculation that runs wild and

9    rampant on the Internet and in the press.  But I think that

10   the court should take notice of that.

11           Mr. Pearlman did live large, if you will, if I

12   can put it that way, but, Judge, he was in the entertainment

13   business and that's the way people in the entertainment

14   business live.  That's how you attract stars.  That's how

15   that business runs.  And when you actually look at it, Mr.

16   Pearlman's actual assets that were not involved in the

17   entertainment business are really few and far between.  When

18   he bought something, it was used in the business and it was

19   used for that business.

20           I would note Mr. Pearlman's age, he's

21   approximately -- he's almost 54 years old.  He has some

22   significant health conditions.  And I would suggest to the

23   court that a sentence of 25 years is extremely long for

24   someone like that.  It's potentially a life sentence.

25           Mr. Pearlman has no prior criminal history.  He

1      comes before this court for the first time before any

2      criminal court.

3              Last, Your Honor, I took the liberty of doing

4      sort of an informal survey of the types of sentence that

5      defendants have received in large scale fraud cases around

6      the country and, once again, I stress that it's an informal

7      survey.  There are several studies that have been done by

8      particular organizations, whether they be universities or

9      legal research organizations, and they have sort of compiled

10     and document these cases by type and then by sentence and how

11     it was resolved.  And I have included in my memo some of the

12     more well-known, I guess, sentences that I thought might be

13     relevant to the court's decision in this case.

14              In the case of United States versus Peter

15     Lombardi in the Southern District of Florida, Mr. Lombardi

16     was accused of running a viatical Ponzi scheme in which more

17     than 800 million dollars was lost by investors.  And as the

18     court is probably aware, a viatical scheme involves the

19     purchase of life insurance policies, sometimes from very sick

20     and very ill individuals so that those individuals can have

21     that money up front.  Mr. Lombardi went to trial and Mr.

22     Lombardi was ultimately given a sentence of 20 years.

23              Of course, one that everyone knows is the case of

24     Enron executives, Andrew Fastow and Jeffrey Skilling received

25     six and 24 years respectively, and that Enron scheme resulted

—11—

1      in losses to retirement and pension funds of over two billion

2      dollars.

3                  And finally I noted the case of the United States

4      versus Walter Forbes.  In that case a California court, Mr.

5      Forbes was the chairman of Cendant corporation which is an

6      international conglomerate of telecommunications operations.

7      Mr. Forbes caused the loss of approximately three billion

8      dollars to investors and Mr. Forbes was ultimately given a 12

9      year sentence after going to trial twice in his case.

10                 Judge, in summation on that point, I probably

11     looked at about 35 or 40 cases and I believe I found one that

12     had a sentence that was -- where the case was similar to Mr.

13     Pearlman's yet the sentence was higher or as high as 25

14     years.  And so I suggest in the interests of fairness and

15     equity of sentencing that the court take that into

16     consideration.  And if the court would like the names of

17     further cases, I can certainly provide them to you, Your

18     Honor.

19                 Judge, one of the things that fascinates me and I

20     find very telling about this case is, of course, the length

21     of the operation of Trans Continental Airlines, and everybody

22     knows that and you see that quite a bit, but when you stand

23     back and look at how this unfolded, perhaps you can take a

24     slightly different look at what the case exactly consisted

25     of.  This activity began in the very early Nineties, late

1    Eighties.  There are some actions that were earlier in the

2    Eighties, I understand, but by and large it began right

3    around that period with the promotion of Trans Continental

4    Airlines.

5              And what happened with Mr. Pearlman is he did

6    this, it was wrong.  He knowingly did this and it was wrong.

7    I'm certainly not here to argue any point like that.  But Mr.

8    Pearlman was in the blimp business and he soon discovered

9    that the blimp business was not going to progress any further

10   and that there were competitors who were going to in essence

11   put him out of business, so he looked for a new endeavor.  He

12   came up with the entertainment business.  And of course we

13   all know he formed the Backstreet Boys and he formed N'Sync

14   and O-Town and on and on and on.  This was about 1994, '95

15   when this occurred.  And in essence, Judge, Mr. Pearlman had

16   found his calling.  But he already had this anchor from Trans

17   Continental Airlines before and, quite frankly, he couldn't

18   stop.  He could not stop that activity at that time.  There

19   was no way to pay back what had been lost.  In Mr. Pearlman's

20   mind, and I honestly believe this, he always thought that at

21   some point he could make good on the losses that people

22   suffered.  He always thought at some point that he would pay

23   everybody off.  Toward the end of the Nineties and into the

24   early 2000s Mr. Pearlman became subject to numerous lawsuits

25   and numerous other difficulties and that ability to pay

1    people back ended, and thus here we are today, Your Honor,

2    when it all collapsed.

3              My point is, Judge, I think truly in Lou

4    Pearlman's mind he always meant to make good on his

5    obligations.  I think he still means to make good on his

6    obligations to the extent that he possibly can.  And I would

7    ask the court for its indulgence in any opportunity that we

8    can to assist the trustee, to assist the government in their

9    investigations and in their recovery of assets for the

10   victims.

11             Thank you, Judge.

12             THE COURT:  All right.  Well, in response to what

13   you have said regarding Mr. Pearlman's cooperation, up to

14   this time, except for his house and some Rolls Royces and

15   cars, assets that are fixed, we haven't seen any yet.  I'm

16   most concerned with the investors, even more than the

17   institutions.  I want to see the investors get some money

18   back.

19             You were talking about his high lifestyle being

20   in the entertainment business.  Well, this court is not

21   concerned with Trans Continental Record Company.  I'm going

22   to leave that to the bankruptcy court.  Mr. Pearlman is not

23   charged, was not charged in his indictment with anything to

24   do with Trans Continental Records.  He wasn't charged in the

25   information with Trans Continental Records.  The only thing

—14—

```
 1    that he's charged with and the only thing that this court is
 2    concerned with is Trans Continental Airlines, Trans
 3    Continental Airline Services and Employees Insured Savings
 4    Account.  Those are the only three things that he's
 5    specifically charged with in either the indictment or the
 6    information.  And I hope that we'll be able to get money back
 7    to the investors from those three entities.  Trans
 8    Continental Record Company is, as far as I'm concerned, over
 9    in the bankruptcy court and I just hope that the lawyers
10    don't end up getting all that money from Trans Continental
11    Records.
12             The deal that you and your client cut with the
13    government was for these four counts in an information.  The
14    government had indicted Mr. Pearlman and under the guidelines
15    he would have gotten 360 to life under the indictment.  You
16    cut a deal with the government and the only reason that the
17    court -- the court didn't have to take that deal, that plea
18    agreement, but the only reason the court approved that deal
19    was because of Mr. Pearlman's age.  And other than that, he
20    would have looked at an even higher sentence.  So this book
21    is full of letters from the investors and it turns out that
22    they're all his family, his close friends, and people in the
23    Seventies and Eighties who have lost their whole life's
24    savings so that the sympathy factor just doesn't run very
25    high with the court regarding a lower sentence.
```

1          Anything from the government?

2          MR. HANDBERG:  Your Honor, I do understand that

3    you'd be willing to hear from five of the investors who lost

4    money as a result of that.  I don't know if this would be the

5    appropriate time to do that.

6          THE COURT:  You can if you want.  I've read all

7    of the letters.  Do whatever you want.

8          MR. HANDBERG:  If you would, Your Honor.  I would

9    like to, and would you like to have them come to the lectern?

10          At this point we've got the list of the people

11    here today who want to say something to the court.  We can

12    only call five of you and we're going to start with Juanita

13    Reynolds.  And what we would ask each person I call to do to

14    come up, speak clearly in the microphone and keep your

15    comments to an appropriate length of time.

16          I was just advised, Your Honor, there's also a

17    number of victims in the hallway who are here but because of

18    the space constraints cannot make it in today, but I wanted

19    their presence to be known as well.

20          MS. REYNOLDS:  Honorable Judge Sharp, my name is

21    Juanita Reynolds and I live in St. Pete Beach, Florida.  My

22    husband and I were taken into with Churchill Financial and

23    invested millions of our money in Trans Continental ESOP

24    program.  My husband checked and was told that they were

25    insured with FDIC, with Lloyd's of London, etcetera,

1    etcetera, four banks backed this program.  Roger was 87 years

2    old at the time we deposited our money.  Roger was an astute

3    businessman, and once he found out that we were scammed,

4    tears ran down his face and he said I've lost all my self

5    confidence.  Roger died seven months later thinking that he

6    failed to provide for me.

7              I'm sorry.

8              So Lou Pearlman's fraud ESOP program ruined our

9    lives.  My nerves are gone.  And we were scammed by this

10   artist, scam artist.  And my husband's dead and I'm alone.

11   So anything that we could recover, and I think that Pearlman

12   should get the maximum of the law.  I'm sorry for my tears.

13             Thank you, Your Honor.

14             MR. HANDBERG:  Thank you, Miss Reynolds.

15             Monte Montgomery.  Mr. Montgomery.

16             MR. MONTGOMERY:  I understand a lot of things

17   about how you can grow up and work and do good and all that

18   and end up luckily accumulating something that you put into

19   an investment that says it's FDIC insured and all that and it

20   turns out to be a scam, and I was one of the dupes and a

21   victim.  Mine was only 200,000 which was over half of my

22   lifestyle for the future.  I'm now primarily living on Social

23   Security.

24             But what I don't understand is how people who

25   can, whatever the quibble of the amount of the millions are,

1    why there isn't at least a year for each million stolen, a

2    year for each person's life ruined, which there seems to be a

3    large number.

4            I also, I don't understand how, whether it's the

5    judicial system or the state government, I don't understand

6    how the enablers such as the Florida Securities Regulatory

7    Commission who were asked three times since I believe 1995 to

8    follow up on complaints about Pearlman's EISA program, all

9    they did was, and this is while Charley Crist was, I believe,

10    attorney general or whatever his title was then, the

11    Securities Regulatory Commission of Florida, all they did was

12    write a letter to Pearlman.  It's been stated by one of your

13    customers that you are doing this or you're doing that.  And

14    he wrote back on his letterhead and said, no, I'm not doing

15    anything, and they dropped it.  And he had another party to

16    help elect Crist governor.  That's what I don't understand.

17            The cheap shoddy crap this guy did, that's within

18    the real world.  You know, people are bad.  But why

19    government is involved and complicit, whether it's

20    malfeasance or duped, whatever it is, that's what I don't

21    understand.  And I hope that after this, because they've been

22    hiding behind, well, we can't talk about it now because it's

23    a trial, it's ongoing, the records are sealed, whatever it

24    is, I hope now the truth can come out how this was allowed by

25    government and abetted by government, probably in return for

1    favors is my guess.  Not an accusation, it's just a hunch,

2    why it doesn't get reported and solved now is what I'm hoping

3    I will be able to understand.

4                    MR. HANDBERG:  Thank you.

5                    Ted Grinowski.

6                    MR. GRINOWSKI:  Your Honor, my name is Ted

7    Grinowski, I live in Lake Wales, Florida.  Basically what I

8    wanted to say was what this last gentleman said, I don't want

9    to repeat it, about the Attorney General Crist and everything

10   else.  Something should be done there.

11                   But in my case I questioned Lou how can you

12   insure in increments of one to two, two to three, the FDIC, I

13   said, can't do it.  He invited me to his office, took my wife

14   and I out to lunch to this New York Pizza in his limo.  We

15   came back, he gave us a grand tour of his office.

16                   THE COURT:  Are you the one where he wouldn't

17   give you the copies?

18                   MR. GRINOWSKI:  No, no, no.

19                   He kept evading the question, how could you

20   insure this, then he said he's insured with FDIC, Lloyd's of

21   London, AIG, etcetera.  I said what banks are you invested

22   in?  He named several banks.  The only one I was familiar

23   with was Sun Bank, Suntrust.  He sat from me to this

24   gentleman here.  He picked up a paper, it had a raised seal.

25   I know what a raised seal is.  Maybe it was my mistake not

1    going up to read that paper.  I mean, boy, he hurt my family.

2    I hope he gets it.

3              Thank you.

4              MR. HANDBERG:  Thank you, sir.  Fourth person,

5    Marie Weber.

6              MS. WEBER:  Good morning, Your Honor.

7              This is really difficult, forgive my tears, but

8    the emotional impact that this had on so many lives is far

9    greater than the economic part.  The economic part has caused

10   the emotional part.  The depression.  My husband and I are

11   both working two jobs.  I work at the post office, I work at

12   a pet store at night, I work 12 to 14 hours a day.  My

13   husband's working two jobs.  We aren't together because we

14   made an investment in Georgia because we had this money.  We

15   lost $606,000 and that was the principal amount over a ten

16   year period.

17             To give this man anything less than 25, and I

18   think 25 is lenient, without parole is an atrocity.  I have a

19   son who's also become a manic depressive.  He goes to school

20   here in Orlando, he's so concerned with his parents and the

21   fact that we have to work so much to try and keep our head

22   above board and not lose, may still lose our properties.

23             But it's not the materialistic part, the

24   emotional part is going to go on for the rest of our lives.

25   We've been robbed of time together that we can never get

1    back.  You can give me all the money in the world, but I'll

2    never get this time back with my family.  My husband could

3    die tomorrow.  I have medical problems.  I'm on

4    antidepressants.  We're trying to cope.

5                It's inconceivable to me, Your Honor, that there

6    could be any excuse for this man's behavior.  He's obviously

7    sick.  But that is not our problem.  I had my money in a

8    savings account, only a savings account.  I didn't invest in

9    anything, I didn't do stocks.  What could be more secure than

10   a savings account?  The man that got us involved in this,

11   Craig Gutier (ph), came up here supposedly, talked to Lou

12   Pearlman.  We demanded to know what the insurance was.  I

13   wanted to know how he could be paying nine percent.  He had

14   excuses.  He said he was getting 13 percent or 12 percent on

15   CDs in Germany according to Craig Gutier.  We were told if we

16   made waves we were going -- he would ask us to take our money

17   out.  It sent a red flag up.  I had tried to encourage my

18   husband to get the money out, but the tax ramifications for

19   us because we would have to pay taxes on the interest, we had

20   a total account of $874,000 with the interest over a ten year

21   period.

22                It's just, please, just give us some justice

23   here.  We're all living on the edge and I'm young, I can

24   work.  But there's elderly people, they're suffering.  I

25   could work two jobs.  I can work till the day I die.  They

—21—

 1    can't.  And if they don't have family to take care of them,

 2    you're our only hope.

 3              Thank you.

 4              MR. HANDBERG:  Thank you.

 5              James Taylor.

 6              MR. TAYLOR:  Hello, Your Honor.  My name is James

 7    Taylor.  And I'm a relative small investment that this man's

 8    stole from me, but it hurts me as much as it does others.  We

 9    don't make enough money to take off of our taxes because we

10    don't pay no taxes, so therefore we're stuck.  And this, try

11    a word as best I can, this man deserves every minute that he

12    can get.  And if he gets less -- I mean he needs to go.  I'd

13    like to see him come out of there wearing pink pants because

14    that's what he deserves and he can get them in there.  And he

15    should be turned over in some way to us for a time because

16    he's hurt a lot of people.  That woman that just left.  That

17    other person, ten million dollars.  That's a lot of money.  I

18    would do his time in jail for the money he owes and be very

19    happy he gets out with all that.  I don't think anybody in

20    here earns that kind of money in that short period of time.

21              He deserves, I could take an hour if I could

22    think of what the heck to say he deserves.  But I would just

23    like to see him get the maximum you can give him.  And I'm

24    not the only one.  Everybody should be able to come up here

25    and speak.  I'm fortunate that I got here.  But there's a lot

1    of people worse off than me like that woman that just spoke.

2    And we deserve some rights.

3            I worked 38 years in the union and built my own

4    house in Maryland and sold that to come down here, and for

5    all them years he took all my money.  We can go on no

6    vacations, we can do nothing.  Just set down and watch TV.

7    And it ain't even easy to pay that bill.  And that's not

8    fair.  And if he gets less than 25 years, I can't understand

9    why.  Or he should get a whole lot more than that.

10            Thanks for listening to me, Your Honor.

11            MR. HANDBERG:  Thank you, Your Honor.  Those are

12    the five victims of the many who wanted to talk, and as in

13    these cases the victims, and I know Your Honor's received

14    many submissions from them saying many of the same things

15    that have already been said and there's a lot to say about

16    this case, but I don't know if I'm really the one who needs

17    to do it at this point.

18            Your Honor knows about this case backwards and

19    forwards.  There's a lot that Mr. Peacock said that obviously

20    I don't agree with about whether Mr. Pearlman was hiding,

21    whether he should get some benefit from the fact that because

22    of his Ponzi scheme he returned some money.  That's what a

23    Ponzi scheme is.

24            To me there are really two things who really

25    highlight who Mr. Pearlman was.  The fact that he had

1    legitimate money, in my opinion, cuts against him.  One of

2    the questions I've gotten throughout this case is it's so

3    tragic that someone who was big had to turn to this, and

4    until the plea agreement and until today I couldn't tell

5    people that's not the story.  The story is he did this well

6    before he ever got big.  And the true barometer of Mr.

7    Pearlman was once he hit it big, and I don't know what the

8    money was that he got, but he made no effort to stop.  In

9    fact, he increased his marketing.  It went to something he

10   sold to family and friends.  It was actively marketed to, as

11   Your Honor can see from the letters, retirees, people who

12   wanted secure investments.

13           The other thing that I think is a true barometer

14   of who he is is when he left, he didn't continue once

15   everything fell apart.  He goes overseas and he commits

16   bankruptcy fraud using other people, continuing his fraud.

17           So I have cases about other sentences in our

18   jurisdiction, someone who got 330 years in investment fraud,

19   someone who got 30 years in a mortgage fraud, but I don't

20   think that should control this case one way or the other.  I

21   think the benefit Mr. Pearlman gets is the statutory cap at

22   25 years.  I think the sentence is appropriate in this case

23   and that's what we would ask for.

24           Thank you, Your Honor.

25           THE COURT:  Mr. Pearlman, will you come back to

1    the podium, please?

2                    I have a forfeiture money judgment here that I've

3    signed this morning that the government had put before me in

4    the amount of 200 million.  Al, you can take that.  And also

5    I have a motion here for a separate restitution hearing.

6    When would you both like to have that hearing?

7                    MR. HANDBERG:  I think we could have the work

8    done within 60 days.  We've made a lot of progress on our

9    side, the FBI's done a great job of compiling that

10   information.  What we need to do at this point is just get

11   with Mr. Pearlman and his lawyer and the probation office to

12   reconcile what the probation office has and what we have.  So

13   if you could maybe set us for your -- would that be your July

14   sentencing calendar?

15                   THE COURT:  All right.  Is that all right, Mr.

16   Peacock?

17                   MR. PEACOCK:  Judge, I have no idea.  I haven't

18   seen what the government is proposing, I've just done a

19   cursory --

20                   THE COURT:  Well, I'll tentatively set it for the

21   third Wednesday in July.

22                   MR. HANDBERG:  Thank you, Your Honor.

23                   MR. PEACOCK:  Judge, I would ask that Mr.

24   Pearlman be held in the district pending that so that we can

25   work together.

1          THE COURT:  All right.

2          Mr. Pearlman, the presentence report has you at

3     offense level 43, criminal history category one, which under

4     the guidelines would give you an exposure to a greater

5     sentence than the maximum from the information that you pled

6     to, so the court is going to sentence you to, with regard to

7     count one, five years in the Bureau of Prisons, a three year

8     supervised release term and a $100 special assessment.

9          With regard to count two, the court will sentence

10    you to five years in the Bureau of Prisons, a three year

11    supervised release term, and a $100 special assessment, to be

12    consecutive to count one.

13         With regard to count three, the court will

14    sentence you to ten years in the Bureau of Prisons, a three

15    year supervised release term and a $100 special assessment,

16    to be consecutive to counts one and two.

17         And with regard to count four, the court will

18    sentence you to five years in the Bureau of Prisons, a three

19    year supervised release term, and a $100 special assessment,

20    to be consecutive to counts one, two and three.

21         This will give you a cumulative sentence of 25

22    years in the Bureau of Prisons.

23         Now that you have been sentenced, you have the

24    right to appeal, not the facts of the case because you have

25    pled guilty and agreed not to appeal the facts, but if you

1    think the court has given you an illegal sentence, you have

2    the right to appeal that either on your own or through your

3    attorney.

4              Is there anything you'd like to state to the

5    court now that you have been sentenced?

6              THE DEFENDANT:  Nothing, Your Honor.  Thank you.

7              THE COURT:  Mr. Peacock.

8              MR. PEACOCK:  Your Honor, we would ask the court

9    make a recommendation to the Bureau of Prisons for the

10   facility here in the Orlando area, preferably Coleman.

11             THE COURT:  What I will do is, Bureau of Prisons

12   doesn't pay any attention to recommendations, but what I will

13   do is I will order that he report to the Bureau of Prisons on

14   or before August 15.

15             MR. HANDBERG:  I'm sorry.  He's in custody, Your

16   Honor.

17             THE COURT:  I know he is.  But you can keep him

18   here until August 15 so you can work on that restitution.

19             MR. HANDBERG:  I just don't want there to be any

20   confusion with Bureau of Prisons when he doesn't show up on

21   August 15.  I think they can, I'm not an expert on this, but

22   I think if Your Honor sets a restitution hearing and orders

23   Mr. Pearlman to be present, I think that will effectively

24   keep him in the jurisdiction.

25             THE COURT:  I've already done that.

1          MR. HANDBERG:   Thank you, Your Honor.

2          THE COURT:   Now, after giving you this sentence,

3     the reason people get sentenced to lengthy prison terms is

4     twofold, for punishment and to remove people from society so

5     they can't harm victims.   You've already harmed these victims

6     and the only reason for you to be detained would be

7     punishment because I don't think that you, with the track

8     record that you have now, I don't think that you could harm

9     any other victims in the future.   I think they've got your

10    number.   But I'm mostly concerned obviously about the

11    investors and I'd like to see them get their money back.

12          We've got, you have in your plea agreement, you

13    pled guilty to 200 million dollars for the investors and 100

14    million dollars to the banks.   Now, I don't have as much

15    sympathy for the banks as I do the investors.   The banks have

16    a fiduciary responsibility to the depositors and I think that

17    they were negligent in that responsibility and that they

18    didn't do their due diligence in giving you the loans.   It's

19    confusing to me why nobody noticed that there weren't any

20    Transcontinental Airline planes flying around.   All you need

21    to do is go to JFK, O'Hare or something, where are the

22    Transcontinental planes?   Nobody saw any flying around.

23          The banks, you used the same collateral on many,

24    many different banks.   Why didn't anybody check and see why

25    it's the same collateral in different banks?   It's a little

1    confusing to me.

2              But I'm concerned about the investors and the

3    main thing I think they want is to get their money back.  So

4    what is an incentive for you to give the money back?  I'm

5    going to give you an incentive.  The guidelines and the

6    Federal Rules of Criminal Procedure have what's called a Rule

7    35 in which when you cooperate you can get reduction in

8    sentence.  And I'm going to give you an incentive because the

9    mathematics works out fine.

10             You've pled guilty to defrauding your investors

11   300 million dollars in this case.  There may be more out

12   there, but that's what you pled to, 300 million dollars.  And

13   you've got 300 months in the Bureau of Prisons.  So I'm going

14   to give you an incentive.  I'm going to give you the keys to

15   your jail cell.  I'm going to give you a one month reduction

16   of sentence for every million dollars that you get back into

17   the pockets of these investors.

18             And I'm not talking about money that's already

19   been gotten from your house or cars or things, I'm talking

20   about money that is found that you are able to come up with

21   to help the government to get back to the investors starting

22   today.

23             And I'm not talking about all this cyber money up

24   here that's floating around, I'm talking about real dollars

25   back in the pockets of the investors.  And I'll reduce your

1    sentence by one month per million.

2              We'll stand adjourned.

3              (HEARING CONCLUDED.)

4

5              I certify that the foregoing is a correct

6    transcript from the record of proceedings in the

7    above-entitled matter.

8

9              _____

10                   ANTHONY ROLLAND

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25