UNITES STATES DISTRICT COURT

ORLANDO DIVISION

UNITED STATES OF AMERICA

-versus-

LOUIS J. PEARLMAN

Case No. 6:07-cr-00097-GKS-DAB-1

## *Ex Parte* Motion For Travel Costs

The Defendant Louis J. Pearlman, through counsel and *ex parte*, requests that the Court approve travel to consult with the defendant upon the following grounds:

1) Mr. Pearlman has been designated and transferred to the Federal Correctional Institution in Atlanta, Georgia.

2) The undersigned needs to discuss confidential attorney/client, in person with Mr. Pearlman, including restitution matters, his appellate rights, and his continuing cooperation efforts. The limited and monitored telephone conversations permitted by the Bureau of Prisons are not sufficient or appropriate for such attorney/client communications

3) The estimated maximum expenses are as follows:

   a) Roundtrip Airfare    $400.00
   b) Rental car            100.00
   c) Gas                    30.00
   d) Meals and Incidentals  75.00
   e) Airport parking        15.00
                           $620.00

WHEREFORE the defendant Louis J. Pearlman requests that the Court approve payment of the requested travel costs.

DATED this 6th day of August, 2008.

*s/ R. Fletcher Peacock*
R. Fletcher Peacock
Fla Bar No. 441996
P. O. Box 160580
Altamonte Springs, Florida 32716
(321)231-1817
fletchpeacock@yahoo.com