UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-versus-

LOUIS J. PEARLMAN

Case No. 6:07-cr-00097-GKS-DAB-1

GRANTED and so ordered this
___ day of Aug_____, 2008

G. KENDALL SHARP
United States District Judge

## Motion To Extend Time For Filing Notice Of Appeal

The Defendant Louis J. Pearlman, through counsel, requests that the Court extend the time for filing a notice of appeal upon the following grounds:

1. The Court has completed its sentencing of the defendant as of today, August 6, 2008. Pursuant to F. R. App. 4(b)(1)(A), the defendant has ten days from the filing of the judgment in which to file his notice of appeal, or until August 18, 2008.

2. Since Mr. Pearlman is now in the Federal Correctional Institution in Atlanta, Georgia, the undersigned anticipates that more than ten days may be necessary in which to visit Mr. Pearlman and consult with him regarding his appeal rights.

3. F.R.App. 4(b)(4) permits the Court to extend the time for filing a notice of appeal by thirty days upon a finding of good cause.

4. The Government has no objection to the requested extension.

WHEREFORE the defendant Louis J. Pearlman requests that the Court extend the time for filing a notice of appeal by thirty days.

DATED this 6th day of August, 2008.

s/ R. Fletcher Peacock
R. Fletcher Peacock
Fla Bar No. 441996