UNITES STATES DISTRICT COURT

ORLANDO DIVISION

UNITED STATES OF AMERICA

-versus-

LOUIS J. PEARLMAN

Case No. 6:07-cr-00097-GKS-DAB-1

## Motion To Withdraw

The undersigned counsel for the Defendant Louis J. Pearlman, requests leave to withdraw, and further that the Court appoint the Federal Public Defender, upon the following grounds:

1) The undersigned has accepted a position with the Federal Public Defender for the Southern District of Florida.

2) Although Mr. Pearlman has been sentenced, the government is still actively investigating the case and continuing to consult with Mr. Pearlman regarding that investigation. The case remains very complicated and Mr. Pearlman's continued cooperation is critical to a successful investigation and the recovery of assets. The parties have agreed that a Rule 35 will be filed if Mr. Pearlman's assistance is substantial. To further these efforts, Mr. Pearlman occasionally needs counsel.

3) The federal Public Defender was previously appointed in this case and presently has lawyers that are familiar with the case.

4) The undersigned has conferred with Assistant United states Attorney Roger Handberg regarding this request and Mr. Handberg concurs that Mr. Pearlman should have counsel.

 WHEREFORE the defendant Louis J. Pearlman requests that the Court permit the undersigned to withdraw and appoint the Federal Public Defender to represent Mr. Pearlman.

DATED this 10th day of October, 2008.

*s/ R. Fletcher Peacock*
R. Fletcher Peacock
Fla Bar No. 441996
P. O. Box 160580
Altamonte Springs, Florida 32716
(321)231-1817
fletchpeacock@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2008, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of electronic filing to the United States Attorney's Office, Assistant United States Attorneys Roger Handberg and Daniel Eckhart, 501 W. Church St., Suite 300, Orlando, FL 32805.

*s/ R. Fletcher Peacock*
R. Fletcher Peacock